UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRZESLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRYAN D. PHILLIPS, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00615-JLT-SAB (PC)<br><br>Appeal No. 25-1815<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF TRANSCRIPTS AND DIRECTING CLERK'S OFFICE TO SERVICE ORDER ON NINTH CIRCUIT<br><br>(ECF No. 24) |

This action, filed pursuant to 42 U.S.C. § 1983, was dismissed on February 26, 2025, and judgment was entered. (ECF Nos. 19, 20.)

On March 17, 2025, Plaintiff filed a notice of appeal. (ECF No. 21.)

On April 21, 2025, Plaintiff filed a notice regarding his appellate case. (ECF No. 24.)

To the extent Plaintiff requests a copy of the transcript, Plaintiff is advised that There are no transcripts in this case, as all proceedings were on the written record. See 28 U.S.C. §§ 753(f), 1915(c). Further, it is unnecessary for the Court to send a copy of the docket to the appellate court; it has full access to the electronic record in this case. For the foregoing reasons, Plaintiff's motion is HEREBYORDERED DENIED and the Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **April 22, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28